IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                      CASE NO. 6:17-CR-60012

RICARDO RODRIGUEZ                                                DEFENDANT

### ORDER

The Defendant appeared for initial appearance on a petition on supervised release. The Court explained to the Defendant the right to a hearing to consider the issue of detention. Counsel for the Defendant waived the right to a detention hearing on this date, but reserved the right to a detention hearing at a later date. The Court remands the Defendant to the custody of the United States Marshal Service pending a revocation hearing scheduled before District Judge Susan Hickey in Hot Springs, Arkansas on November 20, 2025, at 10:30 a.m.

**IT IS SO ORDERED.**

**SIGNED** this **3rd day of NOVEMBER, 2025.**

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE